UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERT ALLEN POWELL,

       Petitioner,

vs.                                      CASE NO. 05-70205
                                         HON. LAWRENCE P. ZATKOFF
                                         MAGISTRATE JUDGE PAUL KOMIVES

MARY BERGUIS,

       Respondent.
_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

     Petitioner filed a Petition for Writ of Habeas on January 20, 2005.  On July 25, 2005, Respondent filed a Motion for Summary Judgment.  This matter is currently before the Court on Magistrate Judge Komive's Report and Recommendation of January 5, 2006, in which the Magistrate Judge recommends that the Motion should be granted.  Petitioner did not file objections to the Report and Recommendation.

     The Court has undertaken a thorough review of the court file and the Report and Recommendation.  As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

     Therefore, IT IS HEREBY ORDERED that Respondent's Motion for Summary Judgment

is GRANTED.

    IT IS SO ORDERED.

                                          s/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
                                          UNITED STATES DISTRICT JUDGE

Dated: February 24, 2006

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 24, 2006.

                                          s/Marie E. Verlinde
                                          Case Manager
                                          (810) 984-3290