**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALBERT ALLEN POWELL,

     Petitioner,

vs.                                   CASE NO. 05-70205
                                         HON. LAWRENCE P. ZATKOFF
                                         MAGISTRATE JUDGE PAUL KOMIVES

MARY BERGUIS,

     Respondent.
_____/

## ORDER GRANTING PETITIONER LEAVE TO FILE OBJECTIONS

On January 5, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that the petition for habeas corpus be denied. The Court adopted the Report on February 24, 2006. On March 13, 2006, Petitioner filed a motion for relief, claiming that he did not receive the Report, and thus could not file objections. On March 29, 2006, the Court granted Petitioner additional time to file objections.

Petitioner has now filed a motion requesting the Court to reissue the March 29, 2006 Order, because he has still not received the Report and Recommendation. The Court will allow Petitioner to file objections to the Report and Recommendation within ten (10) days upon receipt of this order. The Court will also ensure that a copy of the Report and Recommendation will be sent with this order.

IT IS SO ORDERED.

                                                        s/Lawrence P. Zatkoff
                                                        LAWRENCE P. ZATKOFF
                                                        UNITED STATES DISTRICT JUDGE

Dated: April 27, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on April 27, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290